NUMBER 13-02-546-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

DAVID HORTON,                                                              Appellant,

v.

GINNY BYERLEY AND HARRIS BYERLEY,                            Appellees.
____________________________________________________________________

On appeal from County Court at Law No. 2
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, DAVID HORTON, perfected an appeal from a judgment entered by
County Court at Law No. 2 of Cameron County, Texas, in cause number 2000-CCL-539-B. The clerk’s record was filed on April 21, 2003. No reporter’s record was filed. 
Appellant’s brief was due on May 21, 2003. To date, no appellate brief has been
received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On July 27, 2004, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
appellate brief has been received.
         The Court, having examined and fully considered the documents on file, is of
the opinion that the appeal should be dismissed for want of prosecution. The appeal
is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 9th day of December, 2004